

# United States District Court
# Eastern District of California

| Loretta Purves | Case Number: 2:25-cv-00402-DC-AC |

Plaintiff(s)

V.

| Rosebud Holdings, LLC |

APPLICATION FOR PRO HAC VICE AND ~~PROPOSED~~ ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Monica L. Simmons, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Rosebud Holdings, LLC

On 03/13/2013 (date), I was admitted to practice and presently in good standing in the State of Delaware (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/03/2025           Signature of Applicant: /s/ Monica L. Simmons

**Pro Hac Vice Attorney**

Applicant's Name: Monica L. Simmons, Esq.
Law Firm Name: Fisher & Phillips, LLP
Address: Two Logan Square, 12th Floor
100 N. 18th Street
City: Philadelphia   State: PA   Zip: 19103
Phone Number w/Area Code: (610) 230-2150
City and State of Residence: Philadelphia, Pennsylvania
Primary E-mail Address: msimmons@fisherphillips.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Grace Y. Horoupian
Law Firm Name: Fisher & Phillips LLP
Address: 2050 Main Street
Suite 1000
City: Irvine   State: CA   Zip: 92614
Phone Number w/Area Code: (949) 798-2145   Bar #: 180337

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 5, 2025

*[signature]*

JUDGE, U.S. DISTRICT COURT